ORDER
PER CURIAM.
A combined petition for panel rehearing and rehearing en banc was filed by Defendant-Appellee, International Trade Commission, and a response thereto was invited by the court and filed by Plaintiffs-Appellants and Defendanb-Appellee, Appleton Papers, Inc.
The petition for panel rehearing was considered by the panel that heard the appeal, and thereafter the petition for rehearing en banc and responses were referred to the circuit judges who are authorized to request a poll of whether to rehear the appeal en banc. A poll was requested, taken, and failed.
Upon consideration thereof,
It Is Ordered That-.
(1) The petition of Defendant-Appellee for panel rehearing is denied.
(2) The petition of Defendant-Appellee for rehearing en banc is denied.
(3) The mandate of the court will issue on May 26, 2011.